United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALASSANDRO N. JOHNSON,
Plaintiff,

v.

SAN BRUNO COUNTY JAIL, et al.,
Defendants.

Case No. 26-cv-02257-AMO (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE; AND TERMINATING AS MOOT ALL PENDING MOTIONS**

Re: Dkt. Nos. 2, 5

Plaintiff Alassandro N. Johnson, representing himself, filed the present prisoner complaint under 42 U.S.C. § 1983. On May 26, 2026, mail the Court directed to Johnson was returned to the Clerk of the Court with a notation that it was undeliverable because Johnson was "not in custody." Dkt. 8 at 1. To date, Johnson has not updated his address with the Court nor submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding self-represented whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the self-represented party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the self-represented party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Johnson by the Court was returned as undeliverable. The Court has not received a notice from Johnson of a new address.

United States District Court
Northern District of California

Accordingly, the complaint is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions as moot (dkts. 2, 5) and close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**